BEFORE THE SECOND DIVISION, NOVEMBER 10, 1943

**No. 48955.**—Protest 38066–K of A. D. Cohen Co., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protest was sustained to this extent.

**No. 48956.**—Protests 546831–G/80093, etc., of S. Hubbard (Canada), Ltd. (Chicago).

Opinion by Tilson, J. In accordance with stipulation of counsel that the merchandise in question consists of 8-bu. paper hats the same as those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained to this extent.

**No. 48957.**—Protests 661448–G, etc., of Caradine Hat Co. et al. (Pembina).

Opinion by Tilson, J. In accordance with stipulation of counsel 8-bu. hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) were held dutiable at only 25 percent ad valorem under paragraph 1504 (b) (5) as claimed.

**No. 48958.**—Protest 52191–K of Henry Pollak, Inc. (New York).

Opinion by Tilson, J. It was stipulated that certain of the hats in question are the same as those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) and others the same in all material respects as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith the hats in question imported or withdrawn for consumption prior to the effective date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and those imported or withdrawn for consumption subsequent to the said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075, following said C. D. 664; others similar to those involved in said C. A. D. 218 were held dutiable at 25 percent under paragraph 1504 (b) (1). Protest sustained to this extent.